# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 19, 2009**

| | | |
|---|---|---|
| 28787 | State v. Cravalho | Vacated and Remanded |

**February 20, 2009**

| | | |
|---|---|---|
| 28925 | State v. Belen | Affirmed and Remanded |

**February 23, 2009**

| | | |
|---|---|---|
| 28296 | State v. Gay | Affirmed |

**February 24, 2009**

| | | |
|---|---|---|
| 28760 | Hazuka v. Allied Maintenance Services, Inc. | Affirmed |

**February 25, 2009**

| | | |
|---|---|---|
| 28999 | Awana v. State | Affirmed |
| 29082 | State v. Chavira | Affirmed |
| 29123 | State v. Meyers | Vacated and Remanded |

**February 26, 2009**

| | | |
|---|---|---|
| 28561 | Fukumoto v. Onogi | Vacated and Remanded |
| 28946 | State v. Noga | Affirmed |
| 29139 | State v. Richards | Affirmed |

**February 27, 2009**

| | | |
|---|---|---|
| 28862 | State v. Ampong | Affirmed |
| 28448 | State v. Mundon | Vacated and Remanded; Affirmed |

**March 5, 2009**

| | | |
|---|---|---|
| 29011, 29012 | "R" Children, In re | Affirmed |

**March 6, 2009**